# YOUNG CONAWAY STARGATT & TAYLOR, LLP

| | | | | |
|---|---|---|---|---|
| BEN T. CASTLE | NEILLI MULLEN WALSH | | LISA A. ARMSTRONG | TIMOTHY E. LENGKEEK |
| SHELDON N. SANDLER | JANET Z. CHARLTON | | GREGORY J. BABCOCK | ANDREW A. LUNDGREN |
| RICHARD A. LEVINE | ROBERT S. BRADY | | JOSEPH M. BARRY | MATTHEW B. LUNN |
| RICHARD A. ZAPPA | JOEL A. WAITE | | SEAN M. BEACH | JOSEPH A. MALFITANO |
| FREDERICK W. IOBST | BRENT C. SHAFFER | | DONALD J. BOWMAN, JR. | ADRIA B. MARTINELLI |
| RICHARD H. MORSE | DANIEL P. JOHNSON | | TIMOTHY P. CAIRNS | MICHAEL W. MCDERMOTT |
| DAVID C. MCBRIDE | CRAIG D. GREAR | | KARA HAMMOND COYLE | MARIBETH L. MINELLA |
| JOSEPH M. NICHOLSON | TIMOTHY JAY HOUSEAL | | MARGARET M. DIBIANCA | EDMON L. MORTON |
| CRAIG A. KARSNITZ | MARTIN S. LESSNER | | MARY F. DUGAN | D. FON MUTTAMARA-WALKER |
| BARRY M. WILLOUGHBY | PAULINE K. MORGAN | | ERIN EDWARDS | JENNIFER R. NOEL |
| JOSY W. INGERSOLL | C. BARR FLINN | | KENNETH J. ENOS | ADAM W. POFF |
| ANTHONY G. FLYNN | NATALIE WOLF | | IAN S. FREDERICKS | SETH J. REIDENBERG |
| JEROME K. GROSSMAN | LISA B. GOODMAN | | JAMES J. GALLAGHER | SARA BETH A. REYBURN |
| EUGENE A. DIPRINZIO | JOHN W. SHAW | | SEAN T. GREECHER | KRISTEN R. SALVATORE (PA ONLY) |
| JAMES L. PATTON, JR. | JAMES P. HUGHES, JR. | | STEPHANIE L. HANSEN | MICHELE SHERRETTA |
| ROBERT L. THOMAS | EDWIN J. HARRON | | DAWN M. JONES | MONTÉ T. SQUIRE |
| WILLIAM D. JOHNSTON | MICHAEL R. NESTOR | | RICHARD S. JULIE | MICHAEL P. STAFFORD |
| TIMOTHY J. SNYDER | MAUREEN D. LUKE | | KAREN E. KELLER | CHAD S.C. STOVER (SC ONLY) |
| BRUCE L. SILVERSTEIN | ROLIN P. BISSELL | | JENNIFER M. KINKUS | JOHN E. TRACEY |
| WILLIAM W. BOWSER | SCOTT A. HOLT | | EDWARD J. KOSMOWSKI | MARGARET B. WHITEMAN |
| LARRY J. TARABICOS | JOHN T. DORSEY | | JOHN C. KUFFEL | SHARON M. ZIEG |
| RICHARD A. DILIBERTO, JR. | M. BLAKE CLEARY | | KAREN LANTZ | |
| MELANIE K. SHARP | CHRISTIAN DOUGLAS WRIGHT | | | |
| CASSANDRA F. ROBERTS | DANIELLE GIBBS | | SPECIAL COUNSEL | SENIOR COUNSEL |
| RICHARD J.A. POPPER | JOHN J. PASCHETTO | | JOHN D. MCLAUGHLIN, JR. | CURTIS J. CROWTHER |
| TERESA A. CHEEK | NORMAN M. POWELL | | ELENA C. NORMAN | |
| | | | KAREN L. PASCALE | OF COUNSEL |
| | | | PATRICIA A. WIDDOSS | BRUCE M. STARGATT |
| | | | | STUART B. YOUNG |
| | | | | EDWARD B. MAXWELL, 2ND |

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(800) 253-2234 (DE ONLY)
FAX: (302) 571-1253

110 WEST PINE STREET
P.O. BOX 594
GEORGETOWN, DELAWARE 19947
(302) 856-3571
(800) 255-2234 (DE ONLY)
FAX: (302) 856-9338

WWW.YOUNGCONAWAY.COM

DIRECT DIAL: 302-571-6681
DIRECT FAX: 302-576-3333
msharp@ycst.com

September 28, 2006

**BY CM/ECF AND HAND DELIVERY**

Dr. Peter T. Dalleo, Clerk of the Court
United States District Court
844 North King Street
Wilmington, DE 19801

Re: Laboratory Skin Care, Inc. v. Limited Brands, Inc.,
C.A. No. 06-601

Dear Doctor Dalleo:

On September 26, 2006, Plaintiffs Laboratory Skin Care, Inc. and Zahra Mansouri filed their Complaint. It has come to our attention that an incorrect copy of Exhibit A was inadvertently attached to the Complaint. Today we e-filed a Notice of Lodging attached to which is a correct copy of Exhibit A. Enclosed is a new hard copy of the Complaint with the correct Exhibit A attached, as well as a disk with copies of both.

If you have any questions, or if I can be of any further assistance, please feel free to contact me at your convenience.

Very truly yours,

*/s/ Melanie K. Sharp*

Melanie K. Sharp (No. 2501)

MKS:ch
Enclosures