IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LABORATORY SKIN CARE, INC. and<br>ZAHRA MANSOURI | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No. 06-00601-KAJ |
| LIMITED BRANDS, INC., and | ) | |
| BATH & BODY WORKS, INC. | ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendants. | ) | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission

*pro hac vice* of Michael Zinna to represent Defendants Bath & Body Works, Inc. and Limited

Brands, Inc. in the above matter. Pursuant to this Court's Standing Order effective January 1,

2005, I hereby certify that the annual fee for *pro hac* admission for Mr. Zinna will be sent as

required.

FOX ROTHSCHILD LLP


By:___/s/ Francis G.X. Pileggi_____
        Francis G.X. Pileggi (Del. Bar No. 2624)
        Leslie B. Spoltore (Del. Bar No. 3605)
        Citizens Bank Center
        Suite 1300
        919 North Market Street
        Wilmington, DE  19801-2323
        Phone:  (302) 655-3667
        E-mail:  fpileggi@foxrothschild.com

        Attorneys for Defendants Bath & Body Works, Inc.
        and Limited Brands, Inc.

Dated:  October 24, 2006

WM1A 87577v1 10/20/06

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of Michael

Zinna is GRANTED.


Dated: _____, 2006          _____
                                        Judge

WM1A 87577v1 10/20/06

## CERTIFICATE OF SERVICE OF ANSWER

I hereby certify that on October 24, 2006, I electronically filed the foregoing

Motion and Order for Admission Pro Hac Vice of Michael Zinna with the Clerk of Court

using CM/ECF which will send notification of such filing(s) to the following:

Melanie K. Sharp
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801


I hereby certify that on October 24, 2006, I have mailed by United States Postal

Service, the foregoing document(s) to the following:

E. Anthony Figg
Sharon L. Davis
Rothwell, Figg, Ernst & Manbeck, P.C.
1425 K Street, N.W.
Suite 800
Washington, D.C. 20005


                                        /s/ Francis G.X. Pileggi
                                    Francis G.X. Pileggi (Del. Bar. ID 2624)

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Dated: October 23, 2006

Michael Zinna