IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LABORATORY SKIN CARE, INC. and<br>ZAHRA MANSOURI<br><br>        Plaintiff,<br><br>v.<br><br>LIMITED BRANDS, INC., and<br>BATH & BODY WORKS, INC.<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Case No. 06-00601-KAJ<br>)<br>) JURY TRIAL DEMANDED<br>)<br>) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of John F. Ward to represent Defendants Bath & Body Works, Inc. and Limited Brands, Inc. in the above matter. Pursuant to this Court's Standing Order effective January 1, 2005, I hereby certify that the annual fee for *pro hac* admission for Mr. Ward will be sent as required.

                                        FOX ROTHSCHILD LLP

                                        By:    /s/ Francis G.X. Pileggi
                                             Francis G.X. Pileggi (Del. Bar No. 2624)
                                             Leslie B. Spoltore (Del. Bar No. 3605)
                                             Citizens Bank Center
                                             Suite 1300
                                             919 North Market Street
                                             Wilmington, DE 19801-2323
                                             Phone: (302) 655-3667
                                             E-mail: fpileggi@foxrothschild.com

                                             Attorneys for Defendants Bath & Body Works, Inc.
                                             and Limited Brands, Inc.

Dated: October 24, 2006

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of John F. Ward is GRANTED.


Dated: _____, 2006        _____
                                       Judge

## CERTIFICATE OF SERVICE OF ANSWER

I hereby certify that on October 24, 2006, I electronically filed the foregoing Motion and Order for Admission Pro Hac Vice of John F. Ward with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Melanie K. Sharp
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

I hereby certify that on October 24, 2006, I have mailed by United States Postal Service, the foregoing document(s) to the following:

E. Anthony Figg
Sharon L. Davis
Rothwell, Figg, Ernst & Manbeck, P.C.
1425 K Street, N.W.
Suite 800
Washington, D.C. 20005

/s/ Francis G.X. Pileggi
Francis G.X. Pileggi (Del. Bar. ID 2624)

WM1A 87657v1 10/23/06

### CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Dated: October 22, 2006

_____
John F. Ward