# YOUNG CONAWAY STARGATT & TAYLOR, LLP

| | | |
|---|---|---|
| BEN T. CASTLE<br>SHELDON N. SANDLER<br>RICHARD A. LEVINE<br>RICHARD A. ZAPPA<br>FREDERICK W. IOBST<br>RICHARD H. MORSE<br>DAVID C. MCBRIDE<br>JOSEPH M. NICHOLSON<br>CRAIG A. KARSNITZ<br>BARRY M. WILLOUGHBY<br>JOSY W. INGERSOLL<br>ANTHONY G. FLYNN<br>JEROME K. GROSSMAN<br>EUGENE A. DIPRINZIO<br>JAMES L. PATTON, JR.<br>ROBERT L. THOMAS<br>WILLIAM D. JOHNSTON<br>TIMOTHY J. SNYDER<br>BRUCE L. SILVERSTEIN<br>WILLIAM W. BOWSER<br>LARRY J. TARABICOS<br>RICHARD A. DILIBERTO, JR.<br>MELANIE K. SHARP<br>CASSANDRA F. ROBERTS<br>RICHARD J.A. POPPER<br>TERESA A. CHEEK<br><br>NEILLI MULLEN WALSH<br>JANET Z. CHARLTON<br>ROBERT S. BRADY<br>JOEL A. WAITE<br>BRENT C. SHAFFER<br>DANIEL P. JOHNSON<br>CRAIG D. GREAR<br>TIMOTHY JAY HOUSEAL<br>MARTIN S. LESSNER<br>PAULINE K. MORGAN<br>C. BARR FLINN<br>NATALIE WOLF<br>LISA B. GOODMAN<br>JOHN W. SHAW<br>JAMES P. HUGHES, JR.<br>EDWIN J. HARRON<br>MICHAEL R. NESTOR<br>MAUREEN D. LUKE<br>ROLIN P. BISSELL<br>SCOTT A. HOLT<br>JOHN T. DORSEY<br>M. BLAKE CLEARY<br>CHRISTIAN DOUGLAS WRIGHT<br>DANIELLE GIBBS<br>JOHN J. PASCHETTO<br>NORMAN M. POWELL | THE BRANDYWINE BUILDING<br>1000 WEST STREET, 17TH FLOOR<br>WILMINGTON, DELAWARE 19801<br><br>P.O. BOX 391<br>WILMINGTON, DELAWARE 19899-0391<br><br>(302) 571-6600<br>(800) 253-2234 (DE ONLY)<br>FAX: (302) 571-1253<br><br>110 WEST PINE STREET<br>P.O. BOX 594<br>GEORGETOWN, DELAWARE 19947<br>(302) 856-3571<br>(800) 255-2234 (DE ONLY)<br>FAX: (302) 856-9338<br><br>WWW.YOUNGCONAWAY.COM<br><br>DIRECT DIAL: 302.571.6681<br>DIRECT FAX: 302.576.3333<br>msharp@ycst.com | LISA A. ARMSTRONG<br>JOSEPH M. BARRY<br>SEAN M. BEACH<br>DONALD J. BOWMAN, JR.<br>TIMOTHY P. CAIRNS<br>KARA HAMMOND COYLE<br>MARGARET M. DIBIANCA<br>MARY F. DUGAN<br>ERIN EDWARDS<br>KENNETH J. ENOS<br>IAN S. FREDERICKS<br>JAMES J. GALLAGHER<br>SEAN T. GREECHER<br>STEPHANIE L. HANSEN<br>DAWN M. JONES<br>RICHARD S. JULIE<br>KAREN E. KELLER<br>JENNIFER M. KINKUS<br>EDWARD J. KOSMOWSKI<br>JOHN C. KUFFEL<br>KAREN LANTZ<br><br>SPECIAL COUNSEL<br>JOHN D. MCLAUGHLIN, JR.<br>ELENA C. NORMAN<br>KAREN L. PASCALE<br>PATRICIA A. WIDDOSS<br><br>TIMOTHY E. LENGKEEK<br>ANDREW A. LUNDGREN<br>MATTHEW B. LUNN<br>JOSEPH A. MALFITANO<br>ADRIA B. MARTINELLI<br>MICHAEL W. MCDERMOTT<br>MARIBETH L. MINELLA<br>EDMON L. MORTON<br>D. FON MUTTAMARA-WALKER<br>JENNIFER R. NOEL<br>ADAM W. POFF<br>SETH J. REIDENBERG<br>SARA BETH A. REYBURN<br>KRISTEN R. SALVATORE (PA ONLY)<br>MICHELE SHERRETTA<br>MONTÉ T. SQUIRE<br>MICHAEL P. STAFFORD<br>CHAD S.C. STOVER (SC ONLY)<br>JOHN E. TRACEY<br>MARGARET B. WHITEMAN<br>SHARON M. ZIEG<br><br>SENIOR COUNSEL<br>CURTIS J. CROWTHER<br><br>OF COUNSEL<br>BRUCE M. STARGATT<br>STUART B. YOUNG<br>EDWARD B. MAXWELL, 2ND |

November 21, 2006

**BY CM-ECF**

The Honorable Kent A. Jordan
United States District Court of Delaware
844 North King Street
Lock Box 10
Wilmington, DE  19801

      Re:  *Laboratory Skin Care, Inc. et al v. Limited Brands Inc. et al*
           C.A. No.: 06-601 (KAJ)

Dear Judge Jordan:

      In my letter dated November 17, 2006 transmitting the parties' joint proposed scheduling order, I inadvertently referenced our telephonic scheduling conference for 10 a.m. I apologize to the court and counsel for my oversight and any inconvenience it may have caused. The call is scheduled as ordered for Wednesday, November 22, 2006 at 9:30 a.m.

                              Respectfully submitted,

                              /s/

                              Melanie K. Sharp (No. 2501)

MKS:ch
  cc:  Clerk of the Court (Hand Delivery)
        Francis G.X. Pileggi, Esq. (Hand Delivery)