IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LABORATORY SKIN CARE, INC. and ZAHRA MANSOURI<br><br>Plaintiff,<br><br>v.<br><br>LIMITED BRANDS, INC., and BATH & BODY WORKS, INC.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 06-00601-KAJ<br>)<br>) JURY TRIAL DEMANDED<br>)<br>) |

## NOTICE OF SERVICE

The undersigned, counsel for Defendants, Limited Brands, Inc. and Bath and Body Works, LLC, hereby certify that a copy of Defendants' Initial Disclosures Pursuant to Fed. R. Civ. Proc. 26(a)(1) were caused to be served on January 16, 2007 via first class mail, postage prepaid, upon the following:

Melanie K. Sharp
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

WM1A 92381v1 01/17/07

E. Anthony Figg
Sharon L. Davis
C. Nicole Gifford
Daniel L. Shores
Rothwell, Figg Ernst & Manbeck, P.C.
1425 K Street, N.W.
Suite 800
Washington, D.C. 20005

Additionally, the undersigned counsel further certifies that a copy of this Notice was caused to be filed with the Clerk of the Court using CM/ECF, which will send electronic notice of such filing to the above counsel of record on January 17, 2007.

FOX ROTHSCHILD LLP

By: ___/s/ Francis G.X. Pileggi___
Francis G.X. Pileggi (Del. Bar No. 2624)
Sheldon K. Rennie (Del. Bar No. 3772)
Citizens Bank Center
Suite 1300
919 North Market Street
Wilmington, DE 19801-2323
Phone: (302) 655-3667
E-mail: fpileggi@foxrothschild.com

Attorneys for Defendants Bath & Body Works, Inc. and Limited Brands, Inc.

Dated: January 17, 2007