IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LABORATORY SKIN CARE, INC., and ZAHRA MANSOURI,<br><br>        Plaintiff,<br><br>v.<br><br>LIMITED BRANDS, INC. and BATH & BODY WORKS, INC.,<br><br>        Defendants. | Civil Action No. 06-601 (***)<br><br>Jury Trial Demanded |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that I, Sheldon K. Rennie, counsel for Defendants Limited Brands, Inc., and Bath & Body Works, Inc. hereby certifies that copies of the following documents were caused to be served on February 2, 2007 upon the following attorneys of record at the following addresses as indicated:

(1) Defendants' First Set of Interrogatories to Plaintiffs; and

(2) Defendants' First Set of Requests for Production of Documents and Things to Plaintiffs.

**BY HAND AND E-MAIL:**
Melanie K. Sharp
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391

**BY E-MAIL:**
Daniel L. Shores
Sharon L. Davis
C. Nicole Gifford
Rothwell, Figg, Ernst & Manbeck, P.C.
1425 K Street, N.W.
Suite 800
Washington, D.C. 20005

Respectfully submitted,

**FOX ROTHSCHILD LLP**

Dated: February 2, 2007

By: */s/ Sheldon K. Rennie (#3772)*
Francis G.X. Pileggi (Del. Bar No. 2624)
Sheldon K. Rennie (Del. Bar No. 3772)
919 North Market Street, Suite 1300
Wilmington, Delaware 19801
Phone: (302) 655-3667
Fax: (302) 656-8920
E-mail: fpileggi@foxrothschild.com
E-mail: srennie@foxrothschild.com

OF COUNSEL:

John F. Ward
David M. Hill
Michael J. Zinna
WARD & OLIVO
708 Third Avenue
New York, New York 10017
Phone: (212) 697-6262
Fax: (212) 972-5866
E-mail: wardj@wardolivo.com
E-mail: hilld@wardolivo.com
E-mail: zinnam@wardolivo.com

*Attorneys for Defendants*
Bath & Body Works, Inc.
Limited Brands, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of February 2007, the attached *Notice of Service* was served upon the below-named counsel of record via e-filing:

Melanie K. Sharp
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391

Sharon L. Davis
C. Nicole Gifford
Daniel L. Shores
Rothwell, Figg, Ernst & Manbeck, P.C.
1425 K Street, N.W.
Suite 800
Washington, D.C. 20005

                                              */s/ Sheldon K. Rennie (#3772)*
                                              Sheldon K. Rennie, Esquire