IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LABORATORY SKIN CARE, INC., and ZAHRA MANSOURI, | : <br> : <br> : |
| Plaintiff, | : <br> : |
| v. | : Civil Action No. 06-601-*** <br> : |
| LIMITED BRANDS, INC. and BATH & BODY WORKS, INC., | : <br> : <br> : |
| Defendants. | : |

## ORDER

At Wilmington this **5th** day of **February, 2007**.

IT IS ORDERED that the teleconference scheduled for **Monday, March 5, 2007 at 9:00 a.m.** with Magistrate Judge Thynge shall be a status conference. **Plaintiff's counsel shall initiate the teleconference call**.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE