# YOUNG CONAWAY STARGATT & TAYLOR, LLP

BEN T. CASTLE
SHELDON N. SANDLER
RICHARD A. LEVINE
RICHARD A. ZAPPA
FREDERICK W. IOBST
RICHARD H. MORSE
DAVID C. MCBRIDE
JOSEPH M. NICHOLSON
CRAIG A. KARSNITZ
BARRY M. WILLOUGHBY
JOSY W. INGERSOLL
ANTHONY G. FLYNN
JEROME K. GROSSMAN
EUGENE A. DIPRINZIO
JAMES L. PATTON, JR.
ROBERT L. THOMAS
WILLIAM D. JOHNSTON
TIMOTHY J. SNYDER
BRUCE L. SILVERSTEIN
WILLIAM W. BOWSER
LARRY J. TARABICOS
RICHARD A. DILIBERTO, JR.
MELANIE K. SHARP
CASSANDRA F. ROBERTS
RICHARD J.A. POPPER
TERESA A. CHEEK
NEILLI MULLEN WALSH

JANET Z. CHARLTON
ROBERT S. BRADY
JOEL A. WAITE
BRENT C. SHAFFER
DANIEL P. JOHNSON
CRAIG D. GREAR
TIMOTHY JAY HOUSEAL
MARTIN S. LESSNER
PAULINE K. MORGAN
C. BARR FLINN
NATALIE WOLF
LISA B. GOODMAN
JOHN W. SHAW
JAMES P. HUGHES, JR.
EDWIN J. HARRON
MICHAEL R. NESTOR
MAUREEN D. LUKE
ROLIN P. BISSELL
SCOTT A. HOLT
JOHN T. DORSEY
M. BLAKE CLEARY
CHRISTIAN DOUGLAS WRIGHT
DANIELLE GIBBS
JOHN J. PASCHETTO
NORMAN M. POWELL
ELENA C. NORMAN

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(800) 253-2234 (DE ONLY)
FAX: (302) 571-1253

110 WEST PINE STREET
P.O. BOX 594
GEORGETOWN, DELAWARE 19947
(302) 856-3571
(800) 255-2234 (DE ONLY)
FAX: (302) 856-9338

WWW.YOUNGCONAWAY.COM

DIRECT DIAL: (302) 571-6681
DIRECT FAX: (302) 576-3333
msharp@ycst.com

JOSEPH M. BARRY
SEAN M. BEACH
SANJAY BHATNAGAR
DONALD J. BOWMAN, JR.
TIMOTHY P. CAIRNS
JEFFREY T. CASTELLANO
KARA HAMMOND COYLE
KRISTEN SALVATORE DEPALMA
MARGARET M. DIBIANCA
MARY F. DUGAN
ERIN EDWARDS
KENNETH J. ENOS
IAN S. FREDERICKS
JAMES J. GALLAGHER
SEAN T. GREECHER
STEPHANIE L. HANSEN
DAWN M. JONES
KAREN E. KELLER
JENNIFER M. KINKUS
EDWARD J. KOSMOWSKI
JOHN C. KUFFEL
KAREN LANTZ
TIMOTHY E. LENGKEEK

SPECIAL COUNSEL
JOHN D. MCLAUGHLIN, JR.
KAREN L. PASCALE
PATRICIA A. WIDDOSS

ANDREW A. LUNDGREN
MATTHEW B. LUNN
JOSEPH A. MALFITANO
ADRIA B. MARTINELLI
MICHAEL W. MCDERMOTT
MARIBETH L. MINELLA
EDMON L. MORTON
D. FON MUTTAMARA-WALKER
JENNIFER R. NOEL
ADAM W. POFF
SETH J. REIDENBERG
SARA BETH A. REYBURN
CHERYL A. SANTANIELLO
   (NJ & PA ONLY)
MICHELE SHERRETTA
MONTÉ T. SQUIRE
MICHAEL P. STAFFORD
CHAD S.C. STOVER
JOHN E. TRACEY
TRAVIS N. TURNER
MARGARET B. WHITEMAN
SHARON M. ZIEG

SENIOR COUNSEL
CURTIS J. CROWTHER

OF COUNSEL
BRUCE M. STARGATT
STUART B. YOUNG
EDWARD B. MAXWELL, 2ND

February 28, 2007

**BY E-FILE**

The Honorable Mary Pat Thynge
United States District Court of Delaware
844 North King Street
Wilmington, DE 19801

      Re:    Laboratory Skin Care Inc. et al v. Limited Brands Inc. et al
              C.A. No. 06-601 (***)

Dear Judge Thynge:

      In advance of the status conference scheduled for March 5, 2007, Plaintiffs Laboratory Skin Care, Inc. and Zahra Mansouri (collectively "LSC") submit this letter pursuant to section 3(e) of the Court's Scheduling Order to bring to the Court's attention an issue that has arisen with respect the terms of a Stipulated Protective Order.

      As required by the Court's Scheduling Order, the parties conferred several times in an attempt to reach agreement on the specific terms and conditions for the disclosure of confidential information. The parties made significant progress in negotiating the terms of a Stipulated Protective Order and have reached agreement on all but one issue. The parties have been unable to reach agreement regarding the level of access to Confidential information that should be given to their respective clients, and therefore, seek the Court's assistance in resolving this dispute.

      The point of contention between the parties is whether Ms. Zahra Mansouri should be permitted to review Defendant's confidential information. Ms. Mansouri is an individual Plaintiff in the litigation as well as the President and CEO of Plaintiff, Laboratory Skin Care, Inc. She is also the sole named inventor on the patent being asserted by LSC in the

YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Honorable Mary Pat Thynge
February 28, 2007
Page 2

litigation. LSC is a small, privately-held company with only seven (7) employees and does not have in-house legal counsel to advise the company regarding legal matters.[1] Nor is there anyone other than Ms. Mansouri directly employed by LSC who could serve in an advisory capacity with respect to the conduct of the litigation. Therefore, in order for LSC's outside litigation counsel to effectively communicate with LSC regarding the issues in the litigation, it is essential that Ms. Mansouri be allowed access to certain types of information. If Ms. Mansouri is denied access to all confidential and highly confidential information, as Defendants propose, LSC's counsel will not be able to adequately advise LSC concerning the litigation.

LSC originally proposed a two-tiered protective order whereby Defendants would have the option of designating material as either Confidential or Highly Confidential according to the degree of necessary confidentiality. Plaintiffs agreed that Ms. Mansouri would be the only LSC employee who would be allowed access to confidential information provided by Defendants. In contrast, Defendants have proposed a single tiered protective order that will not allow any information that is not otherwise publicly available to be disclosed to Ms. Mansouri. Defendants' counsel has quite candidly admitted that anything the Defendants' would not publish in the New York Times will be designated as confidential. Such a restriction on access to information needed to evaluate the case is not workable here, where Ms. Mansouri is the only LSC employee who is capable of making decisions on behalf of LSC regarding the conduct of the litigation.

For the foregoing reasons, we respectfully request the Court's assistance with the terms of a Stipulated Protective Order that will allow Plaintiff's counsel to communicate with Ms. Mansouri and advise her regarding the issues that will arise throughout the course of the litigation.

Respectfully,

Melanie K. Sharp (No. 2501)

MKS:ams

cc:   Clerk of the Court (by Hand Delivery)
      Francis G. X. Pileggi (by e-mail and Hand Delivery)

---

1   Defendants have an in-house counsel whom LSC agrees may be given access to LSC's confidential and highly confidential information.

DB02:5814230.1                                                                                                      065666.1001