

**Fox Rothschild LLP**
ATTORNEYS AT LAW

Citizens Bank Center, Suite 1300
919 North Market Street
P.O. Box 2323
Wilmington, DE 19899-2323
Tel 302.654.7444  Fax 302.656.8920
www.foxrothschild.com

Francis G.X. Pileggi
Direct Dial: (302) 655-3667
Email Address: fpileggi@foxrothschild.com

March 2, 2007

VIA eFiling

The Honorable Mary Pat Thynge
U.S. District Court
  for the District of Delaware
844 King Street
Wilmington, Delaware  19899

Re:   *Laboratory Skin Care, Inc., et al. v. Limited Brands, Inc., et al.*
      D.Del., C.A. No. 06-601 (***)

Dear Judge Thynge:

This letter is in response to Melanie Sharp's correspondence to Your Honor of February 28, 2007 on behalf of Laboratory Skin Care ("LSC") regarding the Protective Order in the above-referenced case. The parties disagree on whether Zahra Mansouri, LSC's CEO and President, should be granted access to Limited Brands and Bath & Body Works (hereinafter the "Limited Defendants") confidential information.

The disclosure of confidential information to Ms. Mansouri would greatly prejudice the Limited Defendants. LSC is a competitor of Bath & Body Works. As Ms. Sharp's letter all but concedes, Ms. Mansouri is heavily involved in all aspects of LSC's business. Given Ms. Mansouri's substantial decision making authority at LSC, the risks to the Limited Defendants in disclosing confidential information to her outweigh LSC's alleged case management needs. *See R.R. Donnelley & Sons Co. v. Quark, Inc. et al.*, 2007 U.S. Dist. LEXIS 424, *5-6 (D. Del. 2007); *Motorola, Inc. v. Interdigital Tech. Corp.*, 1994 U.S. Dist. LEXIS 20714, *10-11 (D. Del. 1994).

The parties have conferred on several occasions in an attempt to resolve this issue, but to no avail. As such, the Limited Defendants echo LSC's request for the Court's assistance in resolving this matter.

Respectfully,

*Francis G.X. Pileggi*

Francis G.X. Pileggi
Del. Bar I.D. 2624



The Honorable Mary Pat Thynge
March 2, 2007
Page 2


FGXP:mar

cc:  Clerk of the Court
     Melanie Sharp, Esquire (via eFiling)

WM1A 94889v1 03/02/07