IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LABORATORY SKIN CARE, INC. and ZAHRA MANSOURI<br><br>   Plaintiff,<br><br>v.<br><br>LIMITED BRANDS, INC., and BATH & BODY WORKS, INC.<br><br>   Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Case No. 06-00601-KAJ<br>)<br>) JURY TRIAL DEMANDED<br>)<br>) |

### NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that two (2) copies of *Defendants' Response To Plaintiffs' First Request for Documents and Tangible Things,* were served on the 1st day of March, 2007, via first class mail, postage prepaid, upon the following:

Melanie K. Sharp, Esquire
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

E. Anthony Figg, Esquire
Sharon L. Davis, Esquire
C. Nicole Gifford, Esquire
Daniel L. Shores, Esquire
Rothwell, Figg Ernst & Manbeck, P.C.
1425 K. Street, N.W., Suite 800
Washington, D.C. 20005

**FOX ROTHSCHILD LLP**

By:    */s/ Sheldon K. Rennie (#3772)*
  Francis G.X. Pileggi (Del. Bar No. 2624)
  Sheldon K. Rennie (Del. Bar No. 3772)
  Citizens Bank Center, Suite 1300
  919 North Market Street
  Wilmington, DE 19801-2323
  Phone: (302) 655-3667
  email: fpileggi@foxrothschild.com
  email: srennie@foxrothschild.com

  Attorneys for Defendants
  *Bath & Body Works, Inc. and Limited Brands, Inc.*

Dated: March 2, 2007

WM1A 94928v1 03/02/07

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LABORATORY SKIN CARE, INC. and<br>ZAHRA MANSOURI<br><br>   Plaintiff,<br><br>v.<br><br>LIMITED BRANDS, INC., and<br>BATH & BODY WORKS, INC.<br><br>   Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 06-00601-KAJ<br>)<br>) JURY TRIAL DEMANDED<br>)<br>) |

### CERTIFICATE OF SERVICE

I, Sheldon K. Rennie, Esquire, hereby certify that on this 2nd day of March, 2007, a true and correct copy of the *Notice of Service,* were served upon the defendant, via first class mail, postage prepaid, upon the following:

Melanie K. Sharp, Esquire
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

E. Anthony Figg, Esquire
Sharon L. Davis, Esquire
C. Nicole Gifford, Esquire
Daniel L. Shores, Esquire
Rothwell, Figg Ernst & Manbeck, P.C.
1425 K. Street, N.W., Suite 800
Washington, D.C. 20005

By:   */s/ Sheldon K. Rennie (#3772)*
   Sheldon K. Rennie (Del. Bar No. 3772)