IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LABORATORY SKIN CARE, INC., and ZAHRA MANSOURI,<br><br>           Plaintiff,<br><br>v.<br><br>LIMITED BRANDS, INC. and BATH & BODY WORKS, INC.,<br><br>           Defendants. | :<br>:<br>:<br>:<br>:<br>: Civil Action No. 06-601-***<br>:<br>:<br>:<br>:<br>: |

### ORDER

At Wilmington this **5th** day of **March, 2007**.

A status teleconference was held on March 5, 2007 with counsel participating. As a result of that teleconference,

IT IS ORDERED that on or before **March 9, 2007** counsel is to advise of their respective clients' position about consenting to the jurisdiction of the Magistrate Judge as discussed during the teleconference.

IT IS FURTHER ORDERED that the transcript of the teleconference of March 5, 2007 shall serve as an order of the court in this matter, and in particular dealing with the protective order issue as discussed during that teleconference.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE