# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LABORATORY SKIN CARE, INC. and ZAHRA MANSOURI, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) C.A. No. 06-601 (***) |
| LIMITED BRANDS, INC. and BATH AND BODY WORKS, LLC | ) ) ) ) |
| Defendants. | ) |

## NOTICE OF SERVICE

The undersigned, counsel for Plaintiffs Laboratory Skin Care, Inc. and Zahra Mansouri, hereby certify that a copy of Plaintiffs' Objections and Responses to Defendants' First Set of Requests for Production of Documents and Things were caused to be served on March 5, 2007, upon the following counsel of record in the manner indicated below:

**BY HAND DELIVERY**
Francis G.X. Pileggi
Leslie B. Spoltore
Citizens Bank Center
Suite 1300
919 North Market Street
Wilmington, DE 19801-2323

**BY E-MAIL**
John F. Ward (wardj@wardolivo.com)
David M. Hill (hilld@wardolivo.com)
Ward & Olivo
708 Third Avenue
New York, NY 10017


Dated: March 6, 2007

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Melanie K. Sharp*

Josy W. Ingersoll (No. 1088)
Melanie K. Sharp (No. 2501)
Karen E. Keller (No. 4489)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

P.O. Box 391
Wilmington, DE 19899
(302) 571-6681
msharp@ycst.com

ROTHWELL, FIGG, ERNST & MANBECK, P.C.
E. Anthony Figg
Sharon L. Davis
C. Nichole Gifford
Daniel Shores
1425 K Street, NW
Suite 800
Washington, DC 20005
(202) 783-6040

*Attorneys for Plaintiffs Laboratory Skin Care, Inc. and Zahra Mansouri*

## CERTIFICATE OF SERVICE

I, Melanie K. Sharp, Esquire, hereby certify that on March 6, 2007, I caused to be electronically filed a true and correct copy of the foregoing document, Notice of Service with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Francis G.X. Pileggi
>Leslie B. Spoltore
>Citizens Bank Center
>Suite 1300
>919 North Market Street
>Wilmington, DE 19801-2323

I further certify that on March 6, 2007, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

**BY E-MAIL**
John F. Ward
David M. Hill
Ward & Olivo
708 Third Avenue
New York, NY 10017

_____
Melanie K. Sharp (No. 2501)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE 19801

P.O. Box 391
Wilmington, Delaware 19899-0391
(302) 571-6681
msharp@ycst.com