IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LABORATORY SKIN CARE, INC. and ZAHRA MANSOURI,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>LIMITED BRANDS, INC., and BATH & BODY WORKS, INC.<br><br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 06-00601 (***)<br>)<br>) JURY TRIAL DEMANDED<br>)<br>) |

### NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that a true and correct copy of *Defendants' Response To Plaintiffs' First Set of Interrogatories,* were served on the 30th day of March, 2007, via first class mail, postage prepaid, upon the following:

Melanie K. Sharp, Esquire
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

E. Anthony Figg, Esquire
Sharon L. Davis, Esquire
C. Nicole Gifford, Esquire
Daniel L. Shores, Esquire
Rothwell, Figg Ernst & Manbeck, P.C.
1425 K. Street, N.W., Suite 800
Washington, D.C. 20005

　　　　　　　　　　FOX ROTHSCHILD LLP

　　　　　　By:　　/s/ Sheldon K. Rennie (#3772)
　　　　　　　　　　Francis G.X. Pileggi (Del. Bar No. 2624)
　　　　　　　　　　Sheldon K. Rennie (Del. Bar No. 3772)
　　　　　　　　　　Citizens Bank Center, Suite 1300
　　　　　　　　　　919 North Market Street
　　　　　　　　　　Wilmington, DE  19801-2323
　　　　　　　　　　Phone: (302) 655-3667
　　　　　　　　　　email: fpileggi@foxrothschild.com
　　　　　　　　　　email: srennie@foxrothschild.com

　　　　　　　　　　Attorneys for Defendants
　　　　　　　　　　*Bath & Body Works, Inc. and Limited Brands, Inc.*

Dated: April 2, 2007

WM1A 94928v1 04/02/07

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LABORATORY SKIN CARE, INC. and<br>ZAHRA MANSOURI,<br><br>        Plaintiffs,<br><br>v.<br><br>LIMITED BRANDS, INC., and<br>BATH & BODY WORKS, INC.<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 06-00601(***)<br>)<br>) JURY TRIAL DEMANDED<br>)<br>) |

### CERTIFICATE OF SERVICE

I, Sheldon K. Rennie, Esquire, hereby certify that on this 2nd day of April, 2007, a true and correct copy of the *Notice of Service,* were served upon the Plaintiffs, via first class mail, postage prepaid, upon the following:

| | |
|---|---|
| Melanie K. Sharp, Esquire<br>Young, Conaway, Stargatt & Taylor<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE 19899-0391 | E. Anthony Figg, Esquire<br>Sharon L. Davis, Esquire<br>C. Nicole Gifford, Esquire<br>Daniel L. Shores, Esquire<br>Rothwell, Figg Ernst & Manbeck, P.C.<br>1425 K. Street, N.W., Suite 800<br>Washington, D.C. 20005 |

By: ***/s/ Sheldon K. Rennie (#3772)***
      Sheldon K. Rennie (Del. Bar No. 3772)