IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LABORATORY SKIN CARE, INC. and ZAHRA MANSOURI, <br><br> Plaintiffs, <br><br> v. <br><br> LIMITED BRANDS, INC. and BATH AND BODY WORKS, LLC <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No. 06-601 (***)

### NOTICE OF SERVICE

The undersigned, counsel for Plaintiffs Laboratory Skin Care, Inc. and Zahra Mansouri, hereby certify that a copy of Plaintiffs' Supplemental Responses to Defendants' Interrogatories (Nos. 4-5) and this Notice were caused to be served on May 11, 2007, upon the following counsel of record in the manner indicated below:

**BY HAND DELIVERY**
Francis G.X. Pileggi
Leslie B. Spoltore
Citizens Bank Center
Suite 1300
919 North Market Street
Wilmington, DE 19801-2323

**BY E-MAIL**
John F. Ward (wardj@wardolivo.com)
David M. Hill (hilld@wardolivo.com)
Ward & Olivo
708 Third Avenue
New York, NY 10017

Additionally, the undersigned counsel further certifies that a copy of this Notice was caused to be filed with the Clerk of the Court using CM/ECF, which will send electronic notice of such filing to the above counsel of record.

Dated: May 11, 2007

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Karen E. Keller
Josy W. Ingersoll (No. 1088)
Melanie K. Sharp (No. 2501)
Karen E. Keller (No. 4489)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

P.O. Box 391
Wilmington, DE 19899
(302)571-6681
msharp@ycst.com

ROTHWELL, FIGG, ERNST & MANBECK, P.C.
E. Anthony Figg
Sharon L. Davis
C. Nichole Gifford
Daniel Shores
1425 K Street, NW
Suite 800
Washington, DC 20005
(202) 783-6040

*Attorneys for Plaintiffs Laboratory Skin Care, Inc. and Zahra Mansouri*