IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LABORATORY SKIN CARE, INC., and ZAHRA MANSOURI,<br><br>Plaintiff,<br><br>v.<br><br>LIMITED BRANDS, INC. and BATH & BODY WORKS, INC.,<br><br>Defendants. | Civil Action No. 06-601 (JJF)<br><br>Jury Trial Demanded |

### NOTICE OF SERVICE

I hereby certify that a true and correct copy of ***Defendants' Response to Plaintiffs' Second Request for Documents and Tangible Things and this Notice of Service*** was served on this 10th day of April, 2008 in the manner indicated, upon the counsel of record shown below:

*HAND DELIVERY*

Melanie K. Sharp, Esquire
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391

*U.S. MAIL*

E. Anthony Figg, Esquire
Sharon L. Davis, Esquire
C. Nicole Gifford, Esquire
Daniel L. Shores, Esquire
Rothwell, Figg, Ernst & Manbeck, P.C.
1425 K Street, N.W., Suite 800
Washington, D.C. 20005

FOX ROTHSCHILD LLP

By: _____
Francis G.X. Pileggi (Del. Bar No. 2624)
Sheldon K. Rennie (Del. Bar No. 3772)
FOX ROTHSCHILD LLP
Suite 1300
919 North Market Street
Wilmington, Delaware 19801
Phone: (302) 655-3667
Fax: (302) 656-8920
E-mail: fpileggi@foxrothschild.com
E-mail: srennie@foxrothschild.com

OF COUNSEL:

John F. Ward, Esquire
David M. Hill, Esquire
Michael J. Zinna, Esquire
WARD & OLIVO
380 Madison Avenue
New York, New York 10017
Phone: (212) 697-6262
Fax: (212) 972-5866
E-mail: wardj@wardolivo.com
E-mail: hilld@wardolivo.com
E-mail: zinnam@wardolivo.com

*Attorneys for Defendants*
Bath & Body Works, Inc.
Limited Brands, Inc.