### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LABORATORY SKIN CARE, INC., and ZAHRA MANSOURI,<br><br>          Plaintiff,<br><br>     v.<br><br>LIMITED BRANDS, INC. and BATH & BODY WORKS, INC.,<br><br>          Defendants. | Civil Action No. 06-601 (JJF)<br><br>Jury Trial Demanded |

### NOTICE OF SERVICE

I hereby certify that a true and correct copy of ***Defendants' Second Set of Requests for Production of Documents and Things to Plaintiffs and this Notice of Service*** was served on this 24th day of April, 2008 in the manner indicated, upon the counsel of record shown below:

**HAND DELIVERY**

Melanie K. Sharp
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391

**U.S. MAIL**

E. Anthony Figg
Sharon L. Davis
C. Nicole Gifford
Daniel L. Shores
Rothwell, Figg, Ernst & Manbeck, P.C.
1425 K Street, N.W.
Suite 800
Washington, D.C. 20005

FOX ROTHSCHILD LLP

Dated: April 24, 2008          By:     /s/ *Sheldon K. Rennie* (#3772)
                                       Francis G.X. Pileggi (Del. Bar No. 2624)
                                       Sheldon K. Rennie (Del. Bar No. 3772)
                                       FOX ROTHSCHILD LLP
                                       Suite 1300
                                       919 North Market Street
                                       Wilmington, Delaware 19801
                                       Phone: (302) 655-3667
                                       Fax: (302) 656-8920
                                       E-mail: fpileggi@foxrothschild.com
                                       E-mail: srennie@foxrothschild.com

OF COUNSEL:

John F. Ward
David M. Hill
Michael J. Zinna
WARD & OLIVO
380 Madison Avenue
New York, New York 10017
Phone: (212) 697-6262
Fax: (212) 972-5866
E-mail: wardj@wardolivo.com
E-mail: hilld@wardolivo.com
E-mail: zinnam@wardolivo.com

*Attorneys for Defendants*
Bath & Body Works, Inc.
Limited Brands, Inc.