**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

LABORATORY SKIN CARE, INC. and :
ZAHRA MANSOURI, :
  :
   Plaintiffs, :
  :
   v. : C. A. No. 06-601-JJF
  :
LIMITED BRANDS, INC. and BATH AND :
BODY WORKS, LLC, :
  :
   Defendants. :

**ORDER**

  At Wilmington this **15th day of May, 2008.**

  IT IS ORDERED that a teleconference has been scheduled for **Monday, May 19, 2008 at 9:00 a.m.** with Magistrate Judge Thynge to discuss availability for possible mediation on June 11 through 13, 2008.  **Plaintiffs' counsel shall initiate the teleconference call to 302-573-6173.**

  Local counsel are reminded of their obligations to inform out-of-state counsel of this Order.  To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

      /s/ Mary Pat Thynge
      UNITED STATES MAGISTRATE JUDGE