IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LABORATORY SKIN CARE, INC. and<br>ZAHRA MANSOURI,<br><br>            Plaintiffs,<br>       v.<br><br>LIMITED BRANDS, INC. and<br>BATH AND BODY WORKS, LLC<br><br>            Defendants. | )<br>)<br>)<br>)<br>)  Civil Action No. 06-601 (JJF)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF DEPOSITION

**PLEASE TAKE NOTICE THAT** pursuant to Rule 30 of the Federal Rules of Civil Procedure, commencing at 9:00 a.m. on June 24, 2008, or at such other date and time as shall be agreed upon by the parties or ordered by the Court, and continuing time to time thereafter, Plaintiffs Laboratory Skin Care, Inc. and Zhara Mansouri will take the deposition upon oral examination of Mr. Michael Regina. The deposition shall take place at the offices of Rothwell, Figg, Ernst & Manbeck, 1425 K St N.W., Suite 800, Washington, D.C. 20005 or at such location as agreed to by the parties or as ordered by the Court. The deposition will be taken before an officer authorized by law to administer oaths, and will be recorded by stenographic and/or audiovisual means. You are invited to attend and cross-examine.

|                        | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|------------------------|--------------------------------------|
|                        | /s/ Karen E. Keller                  |
|                        | Josy W. Ingersoll (No. 1088)         |
|                        | Melanie K. Sharp (No. 2501)          |
|                        | Karen E. Keller (No. 4489)           |
|                        | The Brandywine Building              |
|                        | 1000 West Street, 17th Floor         |
|                        | Wilmington, DE 19801                 |
|                        |                                      |
|                        | P.O. Box 391                         |
|                        | Wilmington, DE 19899                 |
|                        | (302)571-6600                        |
|                        | kkeller@ycst.com                     |
|                        |                                      |
|                        | ROTHWELL, FIGG, ERNST & MANBECK, P.C.|
|                        | E. Anthony Figg                      |
|                        | Sharon L. Davis                      |
|                        | C. Nichole Gifford                   |
|                        | Daniel Shores                        |
|                        | 1425 K Street, NW                    |
|                        | Suite 800                            |
|                        | Washington, DC 20005                 |
|                        | (202) 783-6040                       |
|                        |                                      |
| Dated: May 19, 2008    | *Attorneys for Plaintiffs Laboratory Skin Care, Inc. and Zahra Mansouri* |

## CERTIFICATE OF SERVICE

I, Karen E. Keller, Esquire, hereby certify that on May 19, 2008, I caused to be electronically filed a true and correct copy of the foregoing document, Notice of Deposition with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Francis G.X. Pileggi
> Leslie B. Spoltore
> Citizens Bank Center
> Suite 1300
> 919 North Market Street
> Wilmington, DE 19801-2323

I further certify that on May 19, 2008, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

> **BY E-MAIL**
> John F. Ward
> David M. Hill
> Ward & Olivo
> 708 Third Avenue
> New York, NY 10017

*/s/ Karen E. Keller*
Karen E. Keller (No. 4489)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE 19801

P.O. Box 391
Wilmington, Delaware 19899-0391
(302) 571-6600
kkeller@ycst.com