IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LABORATORY SKIN CARE, INC. and ZAHRA MANSOURI, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civil Action No. 06-601 (JJF) |
| | ) |
| LIMITED BRANDS, INC. and BATH AND BODY WORKS, LLC | ) ) ) |
| Defendants. | ) ) |

## NOTICE OF DEPOSITION

**PLEASE TAKE NOTICE THAT** pursuant to Rule 30 of the Federal Rules of

Civil Procedure, commencing at 9:00 a.m. on July 9, 2008, or at such other date and time

as shall be agreed upon by the parties or ordered by the Court, and continuing from time to time

thereafter, Plaintiffs Laboratory Skin Care, Inc. and Zhara Mansouri will take the deposition

upon oral examination of Mr. John Tedeschi. The deposition shall take place at the offices of

Rothwell, Figg, Ernst & Manbeck, 1425 K St N.W., Suite 800, Washington, D.C. 20005 or at

such location as agreed to by the parties or as ordered by the Court. The deposition will be taken

before an officer authorized by law to administer oaths, and will be recorded by stenographic

and/or audiovisual means. You are invited to attend and cross-examine.

DB02:6829097.1

065666.1001

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Josy W. Ingersoll (No. 1088)
Melanie K. Sharp (No. 2501)
Karen E. Keller (No. 4489)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801

P.O. Box 391
Wilmington, DE 19899
(302)571-6600
kkeller@ycst.com

ROTHWELL, FIGG, ERNST & MANBECK, P.C.
E. Anthony Figg
Sharon L. Davis
C. Nichole Gifford
Daniel Shores
1425 K Street, NW
Suite 800
Washington, DC 20005
(202) 783-6040

*Attorneys for Plaintiffs Laboratory Skin Care, Inc. and
Zahra Mansouri*

Dated:  May 19, 2008

## CERTIFICATE OF SERVICE

I, Karen E. Keller, Esquire, hereby certify that on May 19, 2008, I caused to be

electronically filed a true and correct copy of the foregoing document, Notice of Deposition with

the Clerk of the Court using CM/ECF, which will send notification that such filing is available

for viewing and downloading to the following counsel of record:

> Francis G.X. Pileggi
> Leslie B. Spoltore
> Citizens Bank Center
> Suite 1300
> 919 North Market Street
> Wilmington, DE 19801-2323

I further certify that on May 19, 2008, I caused a copy of the foregoing document to be

served by hand delivery on the above-listed counsel of record and on the following non-

registered participants in the manner indicated:

> **BY E-MAIL**
> John F. Ward
> David M. Hill
> Ward & Olivo
> 708 Third Avenue
> New York, NY 10017

Karen E. Keller (No. 4489)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE  19801

P.O. Box 391
Wilmington, Delaware  19899-0391
(302) 571-6600
kkeller@ycst.com