IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LABORATORY SKIN CARE, INC. and ZAHRA MANSOURI,<br><br>              Plaintiffs,<br>    v.<br><br>LIMITED BRANDS, INC. and BATH AND BODY WORKS, LLC<br><br>              Defendants. | )<br>)<br>)<br>)<br>) Civil Action No. 06-601 (JJF)<br>)<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF DEFENDANTS' MOTION TO COMPEL DEFENDANTS TO ANSWER INTERROGATORIES AND PRODUCE DOCUMENTS

PLEASE TAKE NOTICE that the undersigned counsel will present Plaintiffs' Motion to Compel Defendants to Answer Interrogatories and Produce Documents on Friday, July 11, 2008, at 10:00 a.m., or at the earliest time convenient to the Court.

              YOUNG CONAWAY STARGATT & TAYLOR, LLP

              */s/ Karen E. Keller*
              Josy W. Ingersoll (No. 1088)
              Melanie K. Sharp (No. 2501)
              Karen E. Keller (No. 4489)
              The Brandywine Building
              1000 West Street, 17th Floor
              Wilmington, DE 19801
              P.O. Box 391
              Wilmington, DE 19899
              (302)571-6600
              msharp@ycst.com
              kkeller@ycst.com

              ROTHWELL, FIGG, ERNST & MANBECK, P.C.
              E. Anthony Figg
              Sharon L. Davis
              C. Nichole Gifford
              Daniel Shores
              1425 K Street, NW, Suite 800
              Washington, DC 20005
              (202) 783-6040

Dated: May 29, 2008      *Attorneys for Plaintiffs Laboratory Skin Care, Inc. and Zahra Mansouri*