## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

LABORATORY SKIN CARE, INC. and )
ZAHRA MANSOURI, )
            Plaintiffs, )
             )
             )
    v. )
             ) Case No. 06-00601 (JJF)
             )
LIMITED BRANDS, INC., and  BATH & BODY )
WORKS, INC. ) JURY TRIAL DEMANDED
            Defendants. )

### NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that a true and correct copy of the following documents were served on

the 6th day of June, 2008, via first class mail, postage prepaid.

*Notice of Deposition of Laboratory Skin Care, Inc.;*
*Notice of Deposition of Zahra Mansouri;*
*Notice of Deposition of Thomas E. Ciotti;*
*Notice of Deposition of Bret E. Field;*
*Notice of Subpoena Duces Tecum to CIBA;*
*Notice of Subpoena Duces Tecum to Baxter Scientific Products;*
*Notice of Subpoena Duces Tecum to Bioscreen Testing Services, Inc.;*
*Notice of Subpoena Duces Tecum to Paxxis, Inc.;*
*Notice of Subpoena Duces Tecum to Libby Laboratories, Inc.;*
*Notice of Subpoena Duces Tecum to Gordon Laboratories, Inc.;*
*Notice of Subpoena Duces Tecum to Thibiant International, Inc.; and*
*Notice of Deposition and Subpoena Duces Tecum and Ad Testificandum to Renato M. Jose, Jr.*

The above documents were served upon the following counsel:

Melanie K. Sharp, Esquire
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

E. Anthony Figg, Esquire
Sharon L. Davis, Esquire
C. Nicole Gifford, Esquire
Daniel L. Shores, Esquire
Rothwell, Figg Ernst & Manbeck, P.C.
1425 K. Street, N.W., Suite 800
Washington, D.C. 20005

**FOX ROTHSCHILD LLP**

By:    /s/ Sheldon K. Rennie (#3772)
      Francis G.X. Pileggi (Del. Bar No. 2624)
      Sheldon K. Rennie (Del. Bar No. 3772)
      Citizens Bank Center, Suite 1300
      919 North Market Street
      Wilmington, DE  19801-2323
      Phone:  (302) 655-3667
      email:  fpileggi@foxrothschild.com
      email:  srennie@foxrothschild.com
      Attorneys for Defendants
      *Bath & Body Works, Inc. and Limited Brands, Inc.*

Dated:  June 9, 2008