IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LABORATORY SKIN CARE, INC. and ZAHRA MANSOURI,<br>Plaintiffs,<br><br>v.<br><br>LIMITED BRANDS, INC., and BATH & BODY WORKS, INC.<br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Case No. 06-00601 (JJF)<br>)<br>) JURY TRIAL DEMANDED<br>) |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that a true and correct copy of the following documents were served on the 9th day of June, 2008, via first class mail, postage prepaid.

*Notice of Subpoena Duces Tecum to Burlington Bio-Medical & Scientific Corp.;*
*Notice of Subpoena Duces Tecum to American International Chemical, Inc.;*
*Notice of Subpoena Duces Tecum to KIC Chemcials, Inc.;*
*Revised Notice of Subpoena Duces Tecum to Baxter Scientific Products;*

The above documents were served upon the following counsel:

Melanie K. Sharp, Esquire
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

Sharon L. Davis, Esquire
C. Nicole Gifford, Esquire
Rothwell, Figg Ernst & Manbeck, P.C.
1425 K Street, N.W., Suite 800
Washington, D.C. 20005

FOX ROTHSCHILD LLP

By: /s/ Francis G.X. Pileggi
Francis G.X. Pileggi (Del. Bar No. 2624)
Sheldon K. Rennie (Del. Bar No. 3772)
Citizens Bank Center, Suite 1300
919 North Market Street
Wilmington, DE 19801-2323
Phone: (302) 655-3667
email: fpileggi@foxrothschild.com
email: srennie@foxrothschild.com
Attorneys for Defendants
***Bath & Body Works, Inc. and
Limited Brands, Inc.***

Dated: June 13, 2008

WM1A 902056v1 06/12/08