IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LABORATORY SKIN CARE, INC. and ZAHRA MANSOURI,<br><br>Plaintiffs,<br><br>v.<br><br>LIMITED BRANDS, INC., and BATH & BODY WORKS, INC.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 06-00601 (JJF)<br>)<br>) JURY TRIAL DEMANDED<br>)<br>) |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that a true and correct copy of *Defendants' Third Set of Requests for Production of Documents and Things to Plaintiffs,* were served on the 11th day of June, 2008, via first class mail, postage prepaid, upon the following:

Melanie K. Sharp, Esquire
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

Sharon L. Davis, Esquire
C. Nicole Gifford, Esquire
Rothwell, Figg Ernst & Manbeck, P.C.
1425 K Street, N.W., Suite 800
Washington, D.C. 20005

**FOX ROTHSCHILD LLP**

By: _/s/ Francis G.X. Pileggi_
Francis G.X. Pileggi (Del. Bar No. 2624)
Sheldon K. Rennie (Del. Bar No. 3772)
Citizens Bank Center, Suite 1300
919 North Market Street
Wilmington, DE 19801-2323
Phone: (302) 655-3667
email: fpileggi@foxrothschild.com
email: srennie@foxrothschild.com

Attorneys for Defendants
*Bath & Body Works, Inc. and Limited Brands, Inc.*

Dated: June 13, 2008

WM1A 902066v1 06/12/08

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LABORATORY SKIN CARE, INC. and ZAHRA MANSOURI,<br><br>        Plaintiffs,<br><br>v.<br><br>LIMITED BRANDS, INC., and BATH & BODY WORKS, INC.<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 06-00601(JJF)<br>)<br>)  JURY TRIAL DEMANDED<br>)<br>) |

## CERTIFICATE OF SERVICE

I, Francis G.X. Pileggi, Esquire, hereby certify that on this 13th day of June, 2008, a true and correct copy of the *Notice of Service,* were served upon the Plaintiffs, via eFiling, upon the following:

Melanie K. Sharp, Esquire  
Young, Conaway, Stargatt & Taylor  
The Brandywine Building  
1000 West Street, 17th Floor  
P.O. Box 391  
Wilmington, DE 19899-0391

Sharon L. Davis, Esquire  
C. Nicole Gifford, Esquire  
Rothwell, Figg Ernst & Manbeck, P.C.  
1425 K Street, N.W., Suite 800  
Washington, D.C. 20005

                  /s/ Francis G.X. Pileggi  
        Francis G.X. Pileggi (Del. Bar No. 2624)

WM1A 902059v1 06/12/08