IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LABORATORY SKIN CARE, INC., and ZAHRA MANSOURI,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>LIMITED BRANDS, INC., and BATH & BODY WORKS, INC.,<br><br>　　　　　Defendants. | Civil Action No. 06-601 (JFF)<br><br>Jury Trial Demanded |

**APPENDIX OF EXHIBITS TO DEFENDANTS'
OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL**

| **Description** | **Exhibit No.** |
|---|---|
| Defendants' Third Supp. Resp. to Plaintiffs' First Set of Interrogatories | Exhibit 1 |
| BBW 5964-6077, 125250-125265 | Exhibit 2 |
| BBW 125125-125126 | Exhibit 3 |
| BBW 1479-1496, 10863-11087 | Exhibit 4 |
| BBW 125034-125109 | Exhibit 5 |
| BBW 125127-125248, 50833-50840, 99799-99802, 104839-104862 | Exhibit 6 |
| BBW 82413 | Exhibit 7 |
| BBW 73963-73966, 74661-74663, 74949-74952 | Exhibit 8 |

Respectfully submitted,

Dated: June 16, 2008

By: /s/ Francis G.X. Pileggi
Francis G.X. Pileggi (Del. Bar No. 2624)

Sheldon K. Rennie (Del. Bar No. 3772)
FOX ROTHSCHILD LLP
Suite 1300
919 North Market Street
Wilmington, Delaware  19801
Phone: (302) 655-3667
Fax: (302) 656-8920
E-mail: fpileggi@foxrothschild.com
E-mail: srennie@foxrothschild.com

OF COUNSEL:

John F. Ward
David M. Hill
Michael J. Zinna
WARD & OLIVO
380 Madison Avenue
New York, New York  10017
Phone: (212) 697-6262
Fax: (212) 972-5866
E-mail: wardj@wardolivo.com
E-mail: hilld@wardolivo.com
E-mail: zinnam@wardolivo.com

*Attorneys for Defendants*
Bath & Body Works, Inc.
Limited Brands, Inc.