IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LABORATORY SKIN CARE, INC. and ZAHRA MANSOURI,<br>　　　　Plaintiffs,<br><br>　v.<br><br>LIMITED BRANDS, INC., and BATH & BODY WORKS, INC.<br>　　　　Defendants. | )<br>)<br>)<br>)<br>) Case No. 06-00601 (JJF)<br>)<br>) JURY TRIAL DEMANDED<br>) |

**DOCUMENT FILED UNDER SEAL-EXHIBIT 1**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LABORATORY SKIN CARE, INC. and ZAHRA MANSOURI, <br>     Plaintiffs, <br><br> v. <br><br> LIMITED BRANDS, INC., and BATH & BODY WORKS, INC. <br>     Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 06-00601 (JJF) <br> ) <br> ) JURY TRIAL DEMANDED <br> ) |

**DOCUMENT FILED UNDER SEAL-EXHIBIT 2**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LABORATORY SKIN CARE, INC. and ZAHRA MANSOURI, <br>       Plaintiffs, <br><br> v. <br><br> LIMITED BRANDS, INC., and BATH & BODY WORKS, INC. <br>       Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 06-00601 (JJF) <br> ) <br> ) JURY TRIAL DEMANDED <br> ) |

**DOCUMENT FILED UNDER SEAL-EXHIBIT 3**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LABORATORY SKIN CARE, INC. and ZAHRA MANSOURI, <br><br> Plaintiffs, <br><br> v. <br><br> LIMITED BRANDS, INC., and BATH & BODY WORKS, INC. <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 06-00601 (JJF) <br> ) <br> ) JURY TRIAL DEMANDED <br> ) |

**DOCUMENT FILED UNDER SEAL-EXHIBIT 4**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LABORATORY SKIN CARE, INC. and ZAHRA MANSOURI,<br>        Plaintiffs,<br><br>  v.<br><br>LIMITED BRANDS, INC., and BATH & BODY WORKS, INC.<br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Case No. 06-00601 (JJF)<br>)<br>) JURY TRIAL DEMANDED<br>) |

**DOCUMENT FILED UNDER SEAL-EXHIBIT 5**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LABORATORY SKIN CARE, INC. and ZAHRA MANSOURI, <br>     Plaintiffs, <br><br> v. <br><br> LIMITED BRANDS, INC., and BATH & BODY WORKS, INC. <br>     Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 06-00601 (JJF) <br> ) <br> ) JURY TRIAL DEMANDED <br> ) |

**DOCUMENT FILED UNDER SEAL-EXHIBIT 6**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LABORATORY SKIN CARE, INC. and ZAHRA MANSOURI,<br>　　　　Plaintiffs,<br><br>　v.<br><br>LIMITED BRANDS, INC., and BATH & BODY WORKS, INC.<br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>) Case No. 06-00601 (JJF)<br>)<br>) JURY TRIAL DEMANDED<br>) |

**DOCUMENT FILED UNDER SEAL-EXHIBIT 7**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LABORATORY SKIN CARE, INC. and<br>ZAHRA MANSOURI,<br>    Plaintiffs,<br><br> v.<br><br>LIMITED BRANDS, INC., and BATH & BODY<br>WORKS, INC.<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Case No. 06-00601 (JJF)<br>)<br>) JURY TRIAL DEMANDED<br>) |

**DOCUMENT FILED UNDER SEAL-EXHIBIT 8**