IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LABORATORY SKIN CARE, INC. and ZAHRA MANSOURI,<br>    Plaintiffs,<br><br>v.<br><br>LIMITED BRANDS, INC., and BATH & BODY WORKS, INC.<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Case No. 06-00601 (JJF)<br>)<br>) JURY TRIAL DEMANDED<br>) |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that a true and correct copy of the following documents were served on the 18th day of June, 2008, via first class mail, postage prepaid.

*Revised Notice of Subpoena Duces Tecum to Thibiant International, Inc.;*
*Revised Notice of Subpoena Duces Tecum to Cosmestic Technologies;*
*Notice of Deposition and Subpoena Duces Tecum to Ronald Lewis.*

The above documents were served upon the following counsel:

Melanie K. Sharp, Esquire
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

Sharon L. Davis, Esquire
C. Nicole Gifford, Esquire
Rothwell, Figg Ernst & Manbeck, P.C.
1425 K Street, N.W., Suite 800
Washington, D.C. 20005

FOX ROTHSCHILD LLP


By: /s/ Francis G.X. Pileggi
  Francis G.X. Pileggi (Del. Bar No. 2624)
  Sheldon K. Rennie (Del. Bar No. 3772)
  Citizens Bank Center, Suite 1300
  919 North Market Street
  Wilmington, DE 19801-2323
  Phone: (302) 655-3667
  email: fpileggi@foxrothschild.com
  email: srennie@foxrothschild.com
  Attorneys for Defendants
  ***Bath & Body Works, Inc. and***
   ***Limited Brands, Inc.***

Dated: June 20, 2008

WM1A 902883v1 06/20/08

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LABORATORY SKIN CARE, INC. and ZAHRA MANSOURI, <br><br> Plaintiffs, <br><br> v. <br><br> LIMITED BRANDS, INC., and BATH & BODY WORKS, INC. <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 06-00601(JJF) <br> ) <br> ) JURY TRIAL DEMANDED <br> ) <br> ) |

## CERTIFICATE OF SERVICE

I, Francis G.X. Pileggi, Esquire, hereby certify that on this 20th day of June, 2008, a true and correct copy of the *Notice of Service*, were served upon the Plaintiffs, via eFiling, upon the following:

Melanie K. Sharp, Esquire
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

Sharon L. Davis, Esquire
C. Nicole Gifford, Esquire
Rothwell, Figg Ernst & Manbeck, P.C.
1425 K Street, N.W., Suite 800
Washington, D.C. 20005


　　　　　　　　　　　　　　/s/ Francis G.X. Pileggi
　　　　　　　　　　　　Francis G.X. Pileggi (Del. Bar No. 2624)