IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LABORATORY SKIN CARE, INC. and ZAHRA MANSOURI,<br><br>          Plaintiffs,<br>     v.<br><br>LIMITED BRANDS, INC. and BATH AND BODY WORKS, LLC<br><br>          Defendants. | )<br>)<br>)<br>)<br>)  Civil Action No. 06-601 (JJF)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

The undersigned, counsel for Non-Party Renato M. Jose, Sr., hereby certify that a copy of Responses of Non-Party Renato M. Jose, Sr. to Defendants' Rule 45 Subpoena was caused to be served on June 20, 2008, upon the following counsel of record in the manner indicated below:

**BY E-MAIL**
Francis G.X. Pileggi, Esquire
Leslie B. Spoltore, Esquire
Fox Rothschild LLP
Citizens Bank Center, Suite 1300
919 North Market Street
Wilmington, DE 19801-2323

**BY E-MAIL**
John F. Ward, Esquire (wardj@wardolivo.com)
David M. Hill, Esquire (hilld@wardolivo.com)
Ward & Olivo
708 Third Avenue
New York, NY 10017

Additionally, the undersigned counsel further certifies that a copy of this Notice was caused to be filed with the Clerk of the Court using CM/ECF on June 23, 2008, which will send electronic notice of such filing to the above counsel of record.

Dated: June 23, 2008

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Karen E. Keller*

Josy W. Ingersoll (No. 1088)
Melanie K. Sharp (No. 2501)
Karen E. Keller (No. 4489)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

P.O. Box 391
Wilmington, DE 19899
(302)571-6681
kkeller@ycst.com

ROTHWELL, FIGG, ERNST & MANBECK, P.C.
E. Anthony Figg
Sharon L. Davis
C. Nichole Gifford
Daniel Shores
1425 K Street, NW
Suite 800
Washington, DC 20005
(202) 783-6040

*Attorneys for Third-Party Rene Jose*