## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LABORATORY SKIN CARE, INC. and ZAHRA MANSOURI, | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) Case No. 06-00601 (JJF) |
| LIMITED BRANDS, INC., and BATH & BODY WORKS, INC. | ) |
| | ) JURY TRIAL DEMANDED |
| Defendants. | ) |

### NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that a true and correct copy of the following document was

served on the 20th day of June, 2008, via first class mail, postage prepaid.

*Notice of Deposition of Winfried Kuhlmann*

The above document was served upon the following counsel:

Karen Elizabeth Keller, Esquire
Melanie K. Sharp, Esquire
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

E. Anthony Figg, Esquire
Sharon L. Davis, Esquire
C. Nicole Gifford, Esquire
Daniel L. Shores, Esquire
Rothwell, Figg Ernst & Manbeck, P.C.
1425 K Street, N.W., Suite 800
Washington, D.C. 20005

### FOX ROTHSCHILD LLP

By:   /s/ Francis G.X. Pileggi
Francis G.X. Pileggi (Del. Bar No. 2624)
Sheldon K. Rennie (Del. Bar No. 3772)
Citizens Bank Center, Suite 1300
919 North Market Street
Wilmington, DE  19801-2323
Phone:  (302) 655-3667
email:  fpileggi@foxrothschild.com
email:  srennie@foxrothschild.com

*Attorneys for Defendants*
**Bath & Body Works, Inc. and
Limited Brands, Inc.**

Dated:  June 24, 2008

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

LABORATORY SKIN CARE, INC. and )
ZAHRA MANSOURI, )
                               )
         Plaintiffs, )
                               )
    v. )
                               ) Case No. 06-00601(JJF)
LIMITED BRANDS, INC., and )
BATH & BODY WORKS, INC. ) JURY TRIAL DEMANDED
                               )
         Defendants. )

## CERTIFICATE OF SERVICE

I, Francis G.X. Pileggi, Esquire, hereby certify that on this 24th day of June, 2008, a true and correct copy of the ***Notice of Service,*** was served upon the Plaintiffs, via eFiling, upon the following:

Karen Elizabeth Keller, Esquire
Melanie K. Sharp, Esquire
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

E. Anthony Figg, Esquire
Sharon L. Davis, Esquire
C. Nicole Gifford, Esquire
Daniel L. Shores, Esquire
Rothwell, Figg Ernst & Manbeck, P.C.
1425 K Street, N.W., Suite 800
Washington, D.C. 20005

                 /s/ Francis G.X. Pileggi
         Francis G.X. Pileggi (Del. Bar No. 2624)