# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| LABORATORY SKIN CARE, INC., and ZAHRA MANSOURI, | ) ) ) ) | Civil Action No. 06-601 (JFF) |
| Plaintiffs, | ) ) |  |
| v. | ) ) ) | Jury Trial Demanded |
| LIMITED BRANDS, INC., and BATH & BODY WORKS, INC., | ) ) ) ) |  |
| Defendants. | ) ) |  |

## DEFENDANTS' NOTICE OF CHANGE OF ADDRESS

Defendants Bath & Body Works, Inc. and Limited Brands, Inc. (collectively the "Limited Defendants") submits this Notice of Change of Address in the above-captioned case. The correct address and telephone number for counsel of record from the offices of Ward & Olivo should be 380 Madison Avenue, New York, New York 10017, (212) 697-6262. All future correspondence, service of pleadings, and other documents submitted in hard copy should be directed to this address.

Respectfully submitted,

Dated: July 7, 2008

By:/s/ Francis G.X. Pileggi
Francis G.X. Pileggi (Del. Bar No. 2624)
Sheldon K. Rennie (Del. Bar No. 3772)
FOX ROTHSCHILD LLP
Suite 1300
919 North Market Street
Wilmington, Delaware 19801

Phone: (302) 655-3667
Fax: (302) 656-8920
E-mail: fpileggi@foxrothschild.com
E-mail: srennie@foxrothschild.com

OF COUNSEL:

John F. Ward
David M. Hill
Michael J. Zinna
WARD & OLIVO
380 Madison Avenue
New York, New York  10017
Phone: (212) 697-6262
Fax: (212) 972-5866
E-mail: wardj@wardolivo.com
E-mail: hilld@wardolivo.com
E-mail: zinnam@wardolivo.com

*Attorneys for Defendants*
Bath & Body Works, Inc.
Limited Brands, Inc.

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing was served on this 7th day of July, 2008 via email and U.S. First Class Mail, upon the counsel of record shown below:

Melanie K. Sharp
Karen Elizabeth Keller
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware  19899-0391

E. Anthony Figg
Sharon L. Davis
C. Nicole Gifford
Daniel L. Shores
Rothwell, Figg, Ernst & Manbeck, P.C.
1425 K Street, N.W.
Suite 800
Washington, D.C.  20005

                                            By:/s/ Francis G.X. Pileggi
                                            Francis G.X. Pileggi (Del. Bar No. 2624)