IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LABORATORY SKIN CARE, INC. and ZAHRA MANSOURI, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) Case No. 06-00601 (JJF) |
| LIMITED BRANDS, INC., and BATH & BODY WORKS, INC. | ) ) JURY TRIAL DEMANDED ) |
| Defendants. | ) |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that a true and correct copy of *Defendants' Second Set of Interrogatories to Plaintiff and Defendants' First Set of Admission Request to Plaintiffs,* were served on the 11th day of July, 2008, via hand delivery and Electronic Mail, upon the following:

Melanie K. Sharp, Esquire
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

Sharon L. Davis, Esquire
C. Nicole Gifford, Esquire
Rothwell, Figg Ernst & Manbeck, P.C.
1425 K Street, N.W., Suite 800
Washington, D.C. 20005

FOX ROTHSCHILD LLP

Sheldon K. Rennie (Del. Bar No. 3772)
Citizens Bank Center, Suite 1300
919 North Market Street
Wilmington, DE 19801-2323
Phone: (302) 655-3667
email: srennie@foxrothschild.com

Attorneys for Defendants
*Bath & Body Works, Inc. and Limited Brands, Inc.*

Dated: July 14, 2008

WM1A 905206v1 07/14/08

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LABORATORY SKIN CARE, INC. and ZAHRA MANSOURI, <br><br> Plaintiffs, <br><br> v. <br><br> LIMITED BRANDS, INC., and BATH & BODY WORKS, INC. <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 06-00601(JJF) <br> ) <br> ) JURY TRIAL DEMANDED <br> ) <br> ) |

## CERTIFICATE OF SERVICE

I, Sheldon K. Rennie, Esquire, hereby certify that on this 14th day of July, 2008, a true and correct copy of the *Notice of Service,* was served upon the Plaintiffs, via eFiling, upon the following:

Karen Elizabeth Keller, Esquire
Melanie K. Sharp, Esquire
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

E. Anthony Figg, Esquire
Sharon L. Davis, Esquire
C. Nicole Gifford, Esquire
Daniel L. Shores, Esquire
Rothwell, Figg Ernst & Manbeck, P.C.
1425 K Street, N.W., Suite 800
Washington, D.C. 20005

          /s/ Sheldon K. Rennie
Sheldon K. Rennie (Del. Bar No. 3772)