IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LABORATORY SKIN CARE, INC. and ZAHRA MANSOURI,<br><br>      Plaintiffs,<br><br>v.<br><br>LIMITED BRANDS, INC., and BATH & BODY WORKS, INC.<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Case No. 06-00601 (JJF)<br>)<br>) JURY TRIAL DEMANDED<br>)<br>) |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that a true and correct copy of *Defendants' Second Set of Interrogatories to Plaintiff and Defendants' First Set of Admission Request to Plaintiffs,* were served on the 11th day of July, 2008, via hand delivery and Electronic Mail, upon the following:

Melanie K. Sharp, Esquire
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

Sharon L. Davis, Esquire
C. Nicole Gifford, Esquire
Rothwell, Figg Ernst & Manbeck, P.C.
1425 K Street, N.W., Suite 800
Washington, D.C. 20005

FOX ROTHSCHILD LLP

Sheldon K. Rennie (Del. Bar No. 3772)
Citizens Bank Center, Suite 1300
919 North Market Street
Wilmington, DE 19801-2323
Phone: (302) 655-3667
email: srennie@foxrothschild.com

Attorneys for Defendants
*Bath & Body Works, Inc. and Limited Brands, Inc.*

Dated: July 14, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LABORATORY SKIN CARE, INC. and<br>ZAHRA MANSOURI,<br><br>        Plaintiffs,<br><br>v.<br><br>LIMITED BRANDS, INC., and<br>BATH & BODY WORKS, INC.<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 06-00601(JJF)<br>)<br>) JURY TRIAL DEMANDED<br>)<br>) |

## CERTIFICATE OF SERVICE

I, Sheldon K. Rennie, Esquire, hereby certify that on this 14th day of July, 2008, a true and correct copy of the *Notice of Service,* was served upon the Plaintiffs, via eFiling, upon the following:

| | |
|---|---|
| Karen Elizabeth Keller, Esquire<br>Melanie K. Sharp, Esquire<br>Young, Conaway, Stargatt & Taylor<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE 19899-0391 | E. Anthony Figg, Esquire<br>Sharon L. Davis, Esquire<br>C. Nicole Gifford, Esquire<br>Daniel L. Shores, Esquire<br>Rothwell, Figg Ernst & Manbeck, P.C.<br>1425 K Street, N.W., Suite 800<br>Washington, D.C. 20005 |

                /s/ Sheldon K. Rennie
        Sheldon K. Rennie (Del. Bar No. 3772)