IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LABORATORY SKIN CARE, INC. and<br>ZAHRA MANSOURI,<br><br>                        Plaintiffs,<br><br>        v.<br><br>LIMITED BRANDS, INC. and<br>BATH AND BODY WORKS, LLC<br><br>                     Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 06-601 (JJF)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

The undersigned, counsel for Plaintiffs Laboratory Skin Care, Inc. and Zahra Mansouri,

hereby certify that a copy of Laboratory Skin Care's Supplemental Schedule of Documents

Withheld on the Basis of Privilege or Immunity was caused to be served on July 29, 2008, upon

the following counsel of record in the manner indicated below:

**BY E-MAIL**
Francis G.X. Pileggi
Sheldon K. Rennie
Fox Rothschild LLP
Citizens Bank Center, Suite 1300
919 North Market Street
Wilmington, DE 19801-2323

**BY E-MAIL**
John F. Ward (wardj@wardolivo.com)
David M. Hill (hilld@wardolivo.com)
Michael J. Zinna (zinnam@wardolivo.com)
Ward & Olivo
380 Madison Avenue
New York, NY 10017

Additionally, the undersigned counsel further certifies that a copy of this Notice was served on counsel of record in the manner indicated below, and caused to be filed with the Clerk of the Court using CM/ECF, which will send electronic notice of such filing to the below counsel of record.

**BY E-MAIL & HAND DELVIERY**
Francis G.X. Pileggi
Sheldon K. Rennie
Fox Rothschild LLP
Citizens Bank Center, Suite 1300
919 North Market Street
Wilmington, DE 19801-2323

**BY E-MAIL**
John F. Ward (wardj@wardolivo.com)
David M. Hill (hilld@wardolivo.com)
Michael J. Zinna (zinnam@wardolivo.com)
Ward & Olivo
380 Madison Avenue
New York, NY 10017

Dated: July 31, 2008

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Josy W. Ingersoll (No. 1088)
Melanie K. Sharp (No. 2501)
Karen E. Keller (No. 4489)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

P.O. Box 391
Wilmington, DE 19899
(302)571-6554
kkeller@ycst.com

ROTHWELL, FIGG, ERNST & MANBECK, P.C.
E. Anthony Figg
Sharon L. Davis
C. Nichole Gifford
Daniel Shores
1425 K Street, NW
Suite 800
Washington, DC 20005
(202) 783-6040

*Attorneys for Plaintiffs Laboratory Skin Care, Inc. and Zahra Mansouri*

DB02:7034714.1                                                065666.1001