IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LABORATORY SKIN CARE, INC. and ZAHRA MANSOURI,<br>        Plaintiffs,<br><br>v.<br><br>LIMITED BRANDS, INC., and BATH & BODY WORKS, INC.<br>        Defendants. | )<br>)<br>)<br>)<br>) Case No. 06-00601 (JJF)<br>)<br>) JURY TRIAL DEMANDED<br>) |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that a true and correct copy of the following document was served on the 1st of August, 2008, via e-mail and first class mail, postage prepaid.

***Defendants Bath & Body Works, LLC's and Limited Brands, Inc.'s Fourth Supplemental Response to Plaintiffs' First Set of Interrogatories***

The above documents were served upon the following counsel:

Melanie K. Sharp, Esquire
Karen Elizabeth Keller, Esquire
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

E. Anthony Figg, Esquire
Sharon L. Davis, Esquire
C. Nicole Gifford, Esquire
Daniel L. Shores, Esquire
Rothwell, Figg Ernst & Manbeck, P.C.
1425 K Street, N.W., Suite 800
Washington, D.C. 20005

**FOX ROTHSCHILD LLP**

By:   /s/ Francis G.X. Pileggi
Francis G.X. Pileggi (Del. Bar No. 2624)
Sheldon K. Rennie (Del. Bar No. 3772)
Citizens Bank Center, Suite 1300
919 North Market Street
Wilmington, DE 19801-2323
Phone: (302) 655-3667
email: fpileggi@foxrothschild.com
email: srennie@foxrothschild.com
Attorneys for Defendants
***Bath & Body Works, Inc. and
Limited Brands, Inc.***

Dated: August 5, 2008

WM1A 907006v1 08/05/08

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LABORATORY SKIN CARE, INC. and ZAHRA MANSOURI, <br><br> Plaintiffs, <br><br> v. <br><br> LIMITED BRANDS, INC., and BATH & BODY WORKS, INC. <br><br> Defendants. | ) ) ) ) ) ) ) ) Case No. 06-00601(JJF) ) ) JURY TRIAL DEMANDED ) ) |

## CERTIFICATE OF SERVICE

I, Francis G.X. Pileggi, Esquire, hereby certify that on this 5th day of August, 2008, a true and correct copy of the *Notice of Service,* was served upon the Plaintiffs, via eFiling, upon the following:

Karen Elizabeth Keller, Esquire
Melanie K. Sharp, Esquire
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

E. Anthony Figg, Esquire
Sharon L. Davis, Esquire
C. Nicole Gifford, Esquire
Daniel L. Shores, Esquire
Rothwell, Figg Ernst & Manbeck, P.C.
1425 K Street, N.W., Suite 800
Washington, D.C. 20005


/s/ Francis G.X. Pileggi
Francis G.X. Pileggi (Del. Bar No. 2624)