IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LABORATORY SKIN CARE, INC. and ZAHRA MANSOURI, | : |
| | : |
| Plaintiffs, | : |
| | : |
| v. | : C. A. No. 06-601-JJF |
| | : |
| LIMITED BRANDS, INC. and BATH AND BODY WORKS, LLC, | : |
| | : |
| Defendants. | : |

## ORDER

At Wilmington this **6th** day of **August, 2008.**

IT IS ORDERED that the mediation conference scheduled for Tuesday, August 19, 2008 beginning at 10:00 a.m. is cancelled.

Delaware counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE