IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LABORATORY SKIN CARE, INC. and ZAHRA MANSOURI,<br>　　　　　Plaintiffs,<br><br>v.<br><br>LIMITED BRANDS, INC., and BATH & BODY WORKS, INC.<br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>) Case No. 06-00601 (JJF)<br>)<br>) JURY TRIAL DEMANDED<br>) |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that a true and correct copy of the following document was served on the 7th of August, 2008, via e-mail and first class mail, postage prepaid.

*Notice of Subpoena Duces Tecum to Schering-Plough.*

The above documents were served upon the following counsel:

Melanie K. Sharp, Esquire
Karen Elizabeth Keller, Esquire
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

E. Anthony Figg, Esquire
Sharon L. Davis, Esquire
C. Nicole Gifford, Esquire
Daniel L. Shores, Esquire
Rothwell, Figg Ernst & Manbeck, P.C.
1425 K Street, N.W., Suite 800
Washington, D.C. 20005

### FOX ROTHSCHILD LLP

By:  /s/ Francis G.X. Pileggi
　　Francis G.X. Pileggi (Del. Bar No. 2624)
　　Sheldon K. Rennie (Del. Bar No. 3772)
　　Citizens Bank Center, Suite 1300
　　919 North Market Street
　　Wilmington, DE 19801-2323
　　Phone: (302) 655-3667
　　email: fpileggi@foxrothschild.com
　　email: srennie@foxrothschild.com
　　Attorneys for Defendants
　　*Bath & Body Works, Inc. and*
　　　*Limited Brands, Inc.*

Dated: August 12, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LABORATORY SKIN CARE, INC. and<br>ZAHRA MANSOURI,<br><br>    Plaintiffs,<br><br>v.<br><br>LIMITED BRANDS, INC., and<br>BATH & BODY WORKS, INC.<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 06-00601(JJF)<br>)<br>) JURY TRIAL DEMANDED<br>)<br>) |

## CERTIFICATE OF SERVICE

I, Francis G.X. Pileggi, Esquire, hereby certify that on this 12th day of August, 2008, a true and correct copy of the *Notice of Service,* was served upon the Plaintiffs, via eFiling, upon the following:

Karen Elizabeth Keller, Esquire
Melanie K. Sharp, Esquire
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

E. Anthony Figg, Esquire
Sharon L. Davis, Esquire
C. Nicole Gifford, Esquire
Daniel L. Shores, Esquire
Rothwell, Figg Ernst & Manbeck, P.C.
1425 K Street, N.W., Suite 800
Washington, D.C. 20005

       /s/ Francis G.X. Pileggi
      Francis G.X. Pileggi (Del. Bar No. 2624)