IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LABORATORY SKIN CARE, INC. and ZAHRA MANSOURI,<br>         Plaintiffs,<br><br>v.<br><br>LIMITED BRANDS, INC., and BATH & BODY WORKS, INC.<br>         Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Case No. 06-00601 (JJF)<br>)<br>) JURY TRIAL DEMANDED<br>) |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that a true and correct copy of the following document was served on the 11st of August, 2008, via e-mail and first class mail, postage prepaid.

***Defendants Bath & Body Works, LLC's and Limited Brands, Inc.'s Response to Plaintiffs' Requests for Admission to Defendants***

The above documents were served upon the following counsel:

Melanie K. Sharp, Esquire
Karen Elizabeth Keller, Esquire
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

E. Anthony Figg, Esquire
Sharon L. Davis, Esquire
C. Nicole Gifford, Esquire
Daniel L. Shores, Esquire
Rothwell, Figg Ernst & Manbeck, P.C.
1425 K Street, N.W., Suite 800
Washington, D.C. 20005

FOX ROTHSCHILD LLP

By:   /s/ Francis G.X. Pileggi
     Francis G.X. Pileggi (Del. Bar No. 2624)
     Sheldon K. Rennie (Del. Bar No. 3772)
     Citizens Bank Center, Suite 1300
     919 North Market Street
     Wilmington, DE 19801-2323
     Phone: (302) 655-3667
     email: fpileggi@foxrothschild.com
     email: srennie@foxrothschild.com
     Attorneys for Defendants
     ***Bath & Body Works, Inc. and
     Limited Brands, Inc.***

Dated: August 12, 2008

WM1A 908436v1 08/12/08

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LABORATORY SKIN CARE, INC. and ZAHRA MANSOURI, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) Case No. 06-00601(JJF) |
| LIMITED BRANDS, INC., and BATH & BODY WORKS, INC. | ) ) JURY TRIAL DEMANDED ) |
| Defendants. | ) |

### CERTIFICATE OF SERVICE

I, Francis G.X. Pileggi, Esquire, hereby certify that on this 12th day of August, 2008, a true and correct copy of the *Notice of Service,* was served upon the Plaintiffs, via eFiling, upon the following:

Karen Elizabeth Keller, Esquire
Melanie K. Sharp, Esquire
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

E. Anthony Figg, Esquire
Sharon L. Davis, Esquire
C. Nicole Gifford, Esquire
Daniel L. Shores, Esquire
Rothwell, Figg Ernst & Manbeck, P.C.
1425 K Street, N.W., Suite 800
Washington, D.C. 20005

/s/ Francis G.X. Pileggi
Francis G.X. Pileggi (Del. Bar No. 2624)