IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LABORATORY SKIN CARE, INC. and<br>ZAHRA MANSOURI,<br><br>                     Plaintiffs,<br>      v.<br><br>LIMITED BRANDS, INC. and<br>BATH AND BODY WORKS, LLC,<br><br>                     Defendants. | )<br>)<br>)<br>)<br>)   Civil Action No. 06-601 (JJF)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

The undersigned, counsel for Plaintiffs Laboratory Skin Care, Inc. and Zahra Mansouri, hereby certify that copies of the Expert Report of Donald S. Orth, Ph.D., the Expert Report of Bradley N. Reiff, Ph.D. and the Expert Report of R. Randall Wickett, Ph.D. were caused to be served on March 13, 2009, upon the following counsel of record in the manner indicated below:

### BY FEDERAL EXPRESS & E-MAIL

| | |
|---|---|
| Francis G.X. Pileggi<br>Fox Rothschild LLP<br>Citizens Bank Center, Suite 1300<br>919 North Market Street<br>Wilmington, DE 19801-2323 | John F. Ward<br>David M. Hill<br>Michael J. Zinna<br>Ward & Olivo<br>380 Madison Avenue<br>New York, NY 10017 |

Additionally, the undersigned counsel further certifies that a copy of this Notice was caused to be filed with the Clerk of the Court using CM/ECF, which will send electronic notice of such filing to the above counsel of record.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Karen E. Keller*
Josy W. Ingersoll (No. 1088)
Melanie K. Sharp (No. 2501)
Karen E. Keller (No. 4489)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

P.O. Box 391
Wilmington, DE 19899
(302) 571-6554
kkeller@ycst.com

ROTHWELL, FIGG, ERNST & MANBECK, P.C.
E. Anthony Figg
Sharon L. Davis
C. Nichole Gifford
Daniel Shores
1425 K Street, NW
Suite 800
Washington, DC 20005
(202) 783-6040

*Attorneys for Plaintiffs Laboratory Skin Care, Inc. and Zahra Mansouri*

Dated: March 16, 2009