IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LABORATORY SKIN CARE, INC. and ZAHRA MANSOURI, <br><br> Plaintiffs, <br><br> v. <br><br> LIMITED BRANDS, INC. and BATH AND BODY WORKS, LLC, <br><br> Defendants. | ) ) ) ) ) ) Civil Action No. 06-601 (JJF) ) ) ) ) ) |

### [PROPOSED] ORDER

Upon consideration of Plaintiffs' Motion *In Limine* to Preclude Defendants from Presenting Testimony or Other Evidence in Support of Their Defense of Unenforceability Due to Inequitable Conduct and Defendants' response thereto:

IT IS HEREBY ORDERED this ____ day of _____, 2010 that Plaintiffs' Motion *In Limine* to Preclude Defendants from Presenting Testimony or Other Evidence in Support of Their Defense of Unenforceability Due to Inequitable Conduct is GRANTED, and Defendants are precluded from relying on any arguments, evidence or testimony regarding any allegation of inequitable conduct at trial.

_____
United States District Judge