# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

CHAMBERS OF
JOSEPH J. FARNAN, JR.
JUDGE

LOCKBOX 27
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6155

April 1, 2010

Karen E. Keller, Esquire
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P. O. Box 391
Wilmington, DE  19899-0391

RE:   Laboratory Skin Care Inc., et al. v. Limited Brands Inc., et al.
      Civil Action No. 06-601 JJF

Dear Ms. Keller:

    I have your March 19, 2010 e-mail requesting a teleconference to discuss scheduling trial in this matter. Due to my July 2010 retirement, I am completing only those trials that were scheduled prior to February 1, 2010, so as not to impose my scheduling on the newly appointed judge. However, if either party makes a request, I will refer this case to a Magistrate Judge for matters other than trial or for parties consent to the Magistrate Judge for trial.

Sincerely,

JOSEPH J. FARNAN, JR.

JJFjr:dk

cc: Clerk, U.S. District Court