# YOUNG CONAWAY STARGATT & TAYLOR, LLP

| | | | | |
|---|---|---|---|---|
| SHELDON N. SANDLER | PAULINE K. MORGAN | THE BRANDYWINE BUILDING | IAN J. BAMBRICK | KAREN E. KELLER |
| RICHARD A. LEVINE | C. BARR FLINN | 1000 WEST STREET, 17TH FLOOR | RYAN M. BARTLEY | JENNIFER M. KINKUS |
| RICHARD A. ZAPPA | NATALIE WOLF | WILMINGTON, DELAWARE 19801 | DONALD J. BOWMAN, JR. | SARA BETH A. R. KOHUT |
| DAVID C. MCBRIDE | LISA B. GOODMAN | | ELISABETH S. BRADLEY | EVANGELOS KOSTOULAS |
| JOSEPH M. NICHOLSON | JOHN W. SHAW | | MICHELE SHERRETTA BUDICAK | PILAR G. KRAMAN |
| CRAIG A. KARSNITZ | JAMES P. HUGHES, JR. | P.O. BOX 391 | EMILY V. BURTON | JOHN C. KUFFEL |
| BARRY M. WILLOUGHBY | EDWIN J. HARRON | WILMINGTON, DELAWARE 19899-0391 | ERIKA R. CAESAR | PAUL J. LOUGHMAN |
| ANTHONY G. FLYNN | MICHAEL R. NESTOR | | JEFFREY T. CASTELLANO | ANDREW A. LUNDGREN |
| JEROME K. GROSSMAN | ROLIN P. BISSELL | | DOUGLAS T. COATS | JAIME N. LUTON |
| EUGENE A. DIPRINZIO | SCOTT A. HOLT | (302) 571-6600 | KARA HAMMOND COYLE | ANDREW L. MAGAZINER |
| JAMES L. PATTON, JR. | JOHN T. DORSEY | (800) 253-2234 (DE ONLY) | KRISTEN SALVATORE DEPALMA | KATHALEEN MCCORMICK |
| ROBERT L. THOMAS | M. BLAKE CLEARY | FAX: (302) 571-1253 | MARGARET M. DIBIANCA | TAMMY L. MERCER |
| WILLIAM D. JOHNSTON | CHRISTIAN DOUGLAS WRIGHT | | JUSTIN P. DUDA | LAUREN E. MOAK |
| TIMOTHY J. SNYDER | DANIELLE GIBBS | | MARY F. DUGAN | MICHAEL S. NEIBURG |
| BRUCE L. SILVERSTEIN | JOHN J. PASCHETTO | | ERIN EDWARDS | JENNIFER R. NOEL |
| WILLIAM W. BOWSER | NORMAN M. POWELL | 110 WEST PINE STREET | KENNETH J. ENOS | ROBERT F. POPPITI, JR. |
| RICHARD A. DILIBERTO, JR. | ELENA C. NORMAN | P.O. BOX 594 | MARIS FINNEGAN | NICHOLAS J. ROHRER |
| MELANIE K. SHARP | EDMON L. MORTON | GEORGETOWN, DELAWARE 19947 | DAVID M. FRY | JUSTIN H. RUCKI |
| CASSANDRA F. ROBERTS | JOHN E. TRACEY | (302) 856-3571 | WILLIAM E. GAMGORT | ANDREW E. RUSSELL |
| RICHARD J.A. POPPER | ADAM W. POFF | (800) 255-2234 (DE ONLY) | MARGARET WHITEMAN GREECHER | CHERYL A. SANTANIELLO |
| NEILLI MULLEN WALSH | SEAN M. BEACH | FAX: (302) 856-9338 | SEAN T. GREECHER | MORGAN L. SEWARD |
| ROBERT S. BRADY | JOSEPH M. BARRY | WWW.YOUNGCONAWAY.COM | A. DAVID HANSEN | MONTÉ T. SQUIRE |
| JOEL A. WAITE | SHARON M. ZIEG | | STEPHANIE L. HANSEN | MICHAEL P. STAFFORD |
| BRENT C. SHAFFER | DAVID R. HURST | | JAMES L. HIGGINS | RICHARD J. THOMAS |
| DANIEL P. JOHNSON | TIMOTHY E. LENGKEEK | | PATRICK A. JACKSON | JAMES M. YOCH, JR. |
| CRAIG D. GREAR | MATTHEW B. LUNN | DIRECT DIAL: (302) 571-6681 | COUNSEL | OF COUNSEL |
| TIMOTHY JAY HOUSEAL | DANIEL F.X. GEOGHAN | DIRECT FAX: (302) 576-3333 | CURTIS J. CROWTHER | BRUCE M. STARGATT |
| MARTIN S. LESSNER | (NY, NJ, MI ONLY) | msharp@ycst.com | ADRIA B. MARTINELLI | |
| | | | KAREN L. PASCALE | |

February 24, 2011

**BY E-FILE**

The Honorable Leonard P. Stark
United States District Court of Delaware
844 North King Street
Wilmington, DE 19801

      Re:    *Laboratory Skin Care Inc. et al v. Limited Brands Inc. et al*
             C.A. No.: 06-601 (LPS)

Dear Judge Stark:

      The parties are submitting this joint status letter pursuant to the Court's instructions at the close of the trial on February 18, 2011. At this time, Plaintiffs, Laboratory Skin Care, Inc. and Zahra Mansouri (collectively "Plaintiffs or LSC"), currently intend to submit post-trial motions for judgment as a matter of law and/or for a new trial on the on-sale bar issue. Defendants Limited Brands Inc. and Bath & Body Works, LLC (collectively "Defendants" or "BBW") do not intend to file any post-trial motions unless the jury's verdict on liability is set aside as a result of Plaintiffs' post-trial motions.

      The parties agree not to proceed with a trial on damages at this time. This agreement is without prejudice to LSC's right to pursue its damages claim in the event that the jury's verdict on liability is set aside by this Court or on appeal.

      The Court also previously deferred the issue of inequitable conduct, which, if tried at all, would be tried to the Court. Subject to the Court's approval, the parties have agreed not to proceed with a trial on the issue of inequitable conduct at this time. This agreement is without prejudice to BBW's right to pursue its inequitable conduct defense in this Court and LSC's right

YOUNG CONAWAY STARGATT & TAYLOR, LLP

February 24, 2011
Page 2

to object to the assertion of that defense, in the event that the jury's verdict of invalidity is set aside by this Court or on appeal.

      Alternatively, if the Court prefers to address the issue of inequitable conduct at this time, Plaintiffs respectfully request a hearing on their motion to preclude Defendants from presenting evidence on the inequitable conduct issue (as raised in the proposed joint pretrial order submitted in advance of the first pretrial conference held on December 8, 2010) prior to scheduling a trial on inequitable conduct.

      Counsel are available should Your Honor have any questions.

      Respectfully,

      */s/ Melanie K. Sharp*

      Melanie K. Sharp (No. 2501)

cc:   Clerk of the Court (by e-file)
       Counsel of Record (by email)