IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

LABORATORY SKIN CARE, INC.
and ZAHRA MANSOURI,

    Plaintiffs,

v.          : Civil Action No. 06-601-LPS

LIMITED BRANDS, INC.
and BATH AND BODY WORKS, LLC,

    Defendants.

## **FINAL JUDGMENT**

Pursuant to the JURY VERDICT of February 17, 2011 (D.I. 328), and the ORDER of the Court of September 8, 2011 (D.I. 351), FINAL JUDGMENT under Rule 58 is hereby entered in this matter as follows:

IT IS HEREBY ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of Defendants Limited Brands, Inc. and Bath and Body Works, LLC (collectively, "BBW"), and against Plaintiffs Laboratory Skin Care, Inc. and Zahra Mansouri (collectively, "LSC"), in that claims 1, 2, 3, 4, 5, 6, 7, 12, 13, 14, 15, 16, 17, and 18 of United States Patent No. 6,579,516 are invalid under the on-sale bar of 35 U.S.C. § 102(b);

IT IS FURTHER ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of LSC, and against BBW, with respect to infringement of claims 4, 5, 6, 7, 15, 16, 17, and 18 of United States Patent No. 6,579,516;

IT IS FURTHER ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of BBW, and against LSC, with respect to non-infringement of claims 2 and 13 of

United States Patent No. 6,579,516;

IT IS FURTHER ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of LSC, and against BBW, in that claims 1, 2, 3, 4, 5, 6, 7, 12, 13, 14, 15, 16, 17, and 18 of United States Patent No. 6,579,516 do not lack adequate written description under 35 U.S.C. § 112;

IT IS FURTHER ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of LSC, and against BBW, in that claims 1, 2, 3, 4, 5, 6, 7, 12, 13, 14, 15, 16, 17, and 18 of United States Patent No. 6,579,516 are not invalid due to obviousness or anticipation.

IT IS NOTED that BBW abandoned its counterclaim based on inequitable conduct, and that such abandonment was with prejudice (D.I. 353, 359).

IT IS SO ORDERED AND ADJUDGED, this 3rd day of January, 2012.

_____
UNITED STATES DISTRICT JUDGE