NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

LABORATORY SKIN CARE, INC. and ZAHRA MANSOURI,
*Plaintiffs-Appellants,*

v.

LIMITED BRANDS, INC. and BATH & BODY WORKS LLC,
*Defendants-Appellees.*

---

2012-1187

---

Appeal from the United States District Court for the District of Delaware in case no. 06-CV-0601, Judge Leonard P. Stark.

---

## JUDGMENT

---

JERRY R. SELINGER, Patterson & Sheridan, LLP, of Dallas, Texas, argued for plaintiffs-appellants. With him on the brief was SUSAN E. POWLEY.

GREGORY A. CASTANIAS, Jones Day, of Washington, DC, argued for the defendants-appellees. On the brief were JOHN F. WARD and MICHAEL J. ZINNA, Ward & Zinna, LLC, of New York, New York.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, CLEVENGER, and WALLACH, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

September 10, 2012
Date

*/s/ Jan Horbaly/JB*
Jan Horbaly
Clerk

Issued as Mandate: NOV 16 2012
COSTS:
Printing ................................ $ 94.92
Total ..................................... $ 94.92

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 10 2012

JAN HORBALY
CLERK

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY
OF THE ORIGINAL ON FILE.

UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT

By: _____ Date: 11/16/12